UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAKARY JARJU, ) | |
| ) | CASE NO. C06-774-RSL-MJB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| ALBERTO GONZALES, ) | TEMPORARY STAY OF |
| ) | REMOVAL |
| Respondent. ) | |
| _____ ) | |

On June 2, 2006, petitioner's Petition for Review and Motion for Stay of Removal was transferred from the United States Court of Appeals for the Ninth Circuit to this Court. (Dkt. #1, Attach. 2). Petitioner seeks a stay of removal pending adjudication of his petition. The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's petition and motion for stay.

(2) Respondent shall file a response to petitioner's motion for stay within 15 days of the entry of this Order.

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Benton.

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

1     DATED this 7th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 6th of June, 2006.

   *Monica J. Benton*
MONICA J. BENTON
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2